IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BERNARDIST DEVOTE LEE, ) | |
|     ID # 808134, ) | |
|         Petitioner, ) | |
| vs. ) | No. 3:18-CV-0011-G (BH) |
| ) | |
| LORIE DAVIS, Director, ) | Referred to U.S. Magistrate Judge |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions Division, ) | |
|         Respondent. ) | |

**ORDER**

By *Special Order No. 3-251*, this habeas case has been referred for findings, conclusions and recommendation. On February 15, 2018, it was recommended that this action be dismissed under Fed. R. Civ. P. 41(b) for failure to prosecute or comply with court orders because the petitioner had failed to pay the $5 filing fee in this action as ordered. On February 22, 2018, the petitioner paid the filing fee. The findings, conclusions, and recommendation for dismissal dated February 15, 2018 (doc. 5), is therefore **VACATED**. The petitioner's *Application to Proceed In Forma Pauperis,* received January 3, 2018 (doc. 5), is **DEEMED MOOT**.

**SIGNED this 23rd day of February, 2018.**

                                                IRMA CARRILLO RAMIREZ
                                                UNITED STATES MAGISTRATE JUDGE